**No. 61812.**—Wood, Niebuhr & Co. v. United States, protest 310132–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.